# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BOYCE ABERNATHY, and**
**PAUL THOMAS VIRGADAMO,**

    **Plaintiffs,**

v.                                                    Case No.  8:05-cv-792-T-30MSS

**JIM COATS, FLORIDA DEPT. OF LAW**
**ENFORCEMENT, et. al.,,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Notice of Dismissal (Dkt. #3).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 17, 2005.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-792.dismissal.wpd